## No. 7807.

YOST ET AL. v. THE STATE, EX REL. EVANS, GUARDIAN.

From the Henry Circuit Court.
M. E. Forkner and L. P. Mitchell, for appellants.
J. M. Brown, for appellee.

WOODS, J.—The questions in this case do not differ from those in Yost v. The State, ex rel. Bouslog, ante, p. 350.   The action is upon the same bond against the same defendants, but in favor of another ward of the principal in the bond; and the evidence is the same.   Upon the authority of the case referred to, the judgment in this case is affirmed, with costs.

---

## No. 8717.

PATTERSON v. DENNIS.

From the Tipton Circuit Court.
C. Swaim, R. B. Beauchamp and G. H. Gifford, for appellant.
J. A. Swoveland, for appellee.

WOODS, J.—The appellant has not assigned error, nor placed marginal notes on the transcript as required by Rule 19.
The appeal is therefore dismissed, with costs.